UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KRIS K. BENNETT,

                Plaintiff,

    v.

WYATT HULL,

                Defendant.

CASE NO. 3:21-cv-05858-JHC-BAT

**ORDER DENYING MOTION TO
COMPEL DISCOVERY, DKT. 22**

Plaintiff moves for an order compelling Defendant Wyatt Hull to provide as discovery:

(1) a copy of the Stafford Creek Corrections Center (SCCC) surveillance video of the dayroom,

Unit H-2-A for May 24, 2019 between the hours of 2:00 and 3:00 pm;  (2) A signed copy of

Defendant Wyatt's "post position order (job description)."; and (3) All disciplinary records of

Defendant Wyatt. Dkt. 22 at 1-3.

Defendant opposes the motions arguing Plaintiff failed to comply with Local Civil Rule

37(a), which requires Plaintiff to include in any discovery motion a certification he has met and

conferred or attempted to confer with defense counsel before he filed the present motion. Dkt.

23. In response, Plaintiff contends he submitted a written request for the three items herein and

"Defendants only mailed one the three. Two items were not even acknowledged and the 'job

description' was only a generic form and NOT a signed copy." Dkt. 22.

ORDER DENYING MOTION TO COMPEL
DISCOVERY, DKT. 22 - 1

1    The Court's scheduling order states "Any motion to compel discovery must include a

2  written certification that the moving party has in good faith either met and conferred or

3  attempted to meet and confer. A motion to compel that lacks such a certification will be

4  summarily denied." Dkt. 15 at 2. Here Plaintiff's motion lacks any certification the parties have

5  met and conferred, or even made an attempt to do so. Accordingly, consistent with LCR 37 and

6  the Court's scheduling order, the Court **ORDERS**:

7         1)     The discovery motions, Dkt. 22 is **DENIED** without prejudice.

8         2)     The clerk shall provide the parties with a copy of this order.

9         DATED this 2nd day of May, 2022.

10

11                                        _____
                                          BRIAN A. TSUCHIDA
12                                        United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

ORDER DENYING MOTION TO COMPEL
DISCOVERY, DKT. 22 - 2